IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL B. CLARK, #194 417, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:16-CV-963-WHA |
| | ) [WO] |
| ANGGIE BAGGOT, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This case is before the court on a Recommendation of the Magistrate Judge entered on January 23, 2017. Doc. 3.  There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this action is transferred to the United States District Court for the Northern District of Alabama under 28 U.S.C. § 1404(a).

The Clerk of the Court is DIRECTED to take the necessary steps to effectuate the transfer of this action.

Done, this 24th day of February, 2017.

    /s/   W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE